UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION

**10-81261-MC-RYSKAMP/VITUNAC**

UNITED STATES OF AMERICA,

    Petitioner,

vs.

LYDIA R. KROUSE,

    Respondent.
_____/

FILED by JC D.C.
ELECTRONIC

October 27, 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONS

The United States of America, by its attorney, Wifredo A. Ferrer, United States Attorney in and for the Southern District of Florida, avers to this Court as follows:

I

This proceeding for enforcement of Internal Revenue Service summonses is brought pursuant to Sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986 (26 U.S.C.). This Court has jurisdiction of this action pursuant to 26 U.S.C. Sections 7402(b) and 7604(a), and 28 U.S.C. Sections 1340 and 1345.

II

T. Janis, a revenue officer employed in Small Business\Self-Employed Division, South Atlantic Area of the Internal Revenue Service in Plantation, Florida. The revenue officer is authorized to issue Internal Revenue Service summonses pursuant to the authority contained in 26 U.S.C. Section 7602.

III

The respondent, Lydia R. Krouse, can be found at 16825 Isle of Palms Drive, Delray Beach, Florida 33484, which is within the jurisdiction of this Court.

IV

Revenue Officer T. Janis is conducting an investigation for the purpose of determining the current financial status of Lydia R. Krouse in connection with the collection of the Federal income tax liabilities (Form 1040) of Lydia R. Krouse for the taxable years ended December 31, 2004 and December 31, 2005; and information and documents pertaining to an outstanding Federal Income Tax Return (Form 1040) for the taxable year ended December 31, 2007, as set forth in the declaration of Revenue Officer T. Janis, which is attached hereto and incorporated herein by reference as Exhibit "A".

V

As part of the investigation on March 25, 2009, Revenue Officer T. Janis issued an Internal Revenue Service summons (Form

6637) and on January 8 2009, Revenue Officer T. Janis issued an Internal Revenue Service summons (Form 6638) to Lydia R. Krouse directing her to appear before the Revenue Officer T. Janis on April 7, 2009 and January 21, 2009, respectively, to give testimony and to produce for examination certain books, records, papers or other data, as described in said summons.  On March 25, 2009 and January 8, 2009, Revenue Officer T. Janis left attested copies of the summonses at the respondent's last and usual place of abode.  The summonses are attached to the revenue officer's declaration as Exhibits A-1 and A-2 and are incorporated herein by this reference.

VI

On April 7, 2009 or January 21, 2009, the respondent did not appear.

On July 2, 2009, Counsel for the Internal Revenue Service sent a letter to the respondent directing her to appear on August 31, 2009.  The respondent failed to appear on July 2, 2009.  The respondent's refusal to comply with the summonses continues through date of compliance.

VII

Information, books, records, papers, and other data, which may be relevant and material to the investigation, are in the possession, custody or control of the respondent.

3

VIII

The books, papers, records, or other data sought by the summonses are not already in possession of the Internal Revenue Service.

IX

The Internal Revenue Service does have information related to a (1) Statement for Recipients of Proceeds from Real Estate Brokers and Barters Exchange Transactions (Form 1099-B), a Statement for Recipients of Dividends and Distributions (Form 1099-Div) and a Statement for Distributions from Pensions, Annuities, Retirement or Profit-Sharing Plans, IRA's, Insurance Contracts, etc. (Form 1099-R) for taxable year ended December 31, 2007. This information is insufficient to make a determination as to respondent's Federal individual income tax liability (Form 1040) for tax year 2007.

X

It is necessary and relevant to obtain the testimony and to examine the books, records, papers, or other data sought by the summonses, in order to complete the investigation for the purpose of determining the current financial status of Lydia R. Krouse in connection with the collection of the Federal income tax liabilities (Form 1040) of Lydia R. Krouse for the taxable years

4

ended December 31, 2004 and December 31, 2005; and information and documents pertaining to an outstanding Federal Income Tax Return (Form 1040) for the taxable year ended December 31, 2007.

XI

A Justice Department referral, as defined by Section 7602(d)(2) of the Internal Revenue Code of 1986 (26 U.S.C.), is not in effect with respect to Lydia R. Krouse for the tax years under investigation.

XII

All administrative steps as required by the Internal Revenue Code for the issuance of the summonses have been followed.

WHEREFORE, the petitioner respectfully prays:

1. That this Court enter an order directing respondent, Lydia R. Krouse, to show cause, if any, why she should not comply with, and obey, the aforementioned summonses in each and every requirement thereof; and

2. That the Court enter an order directing respondent, Lydia R. Krouse, to obey the aforementioned summonses and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summonses

5

before Revenue Officer T. Janis or any other proper officer or employee of the Internal Revenue Service; and

3. That this Court further order that petitioner be given thirty days (30) from the date of the Order within which to serve respondent with the same; and

4. That the United States recover its costs in maintaining this action; and

5. That this Court grants such other and further relief as is just and proper.

                                        WIFREDO A. FERRER
                                        United States Attorney

                        By: _s/ *Marilynn K. Lindsey*_
                            Marilynn K. Lindsey
                            Assistant U.S. Attorney
                            Fla. Bar No. 230057
                            500 E. Broward Blvd., Ste.700
                            Fort Lauderdale, FL 33394
                            Marilynn.Lindsey@usdoj.gov